No. 73–5334. DURHAM v. MACDONALD. C. A. 8th Cir. Certiorari denied.

No. 73–5336. OLDEN v. McCARTHY. C. A. 9th Cir. Certiorari denied.

No. 73–5352. SAILER v. CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 73–5356. SOLES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5358. FONTANA v. STATE ROADS COMMISSION OF MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 73–5361. RENDEL v. GOMES, PRISON SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–5362. HAMBURG ET UX. v. JONES ET UX. Sup. Ct. Wyo. Certiorari denied.

No. 73–5373. SALLAS v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE . C. A. 9th Cir. Certiorari denied.

No. 73–5374. HAMMONDS v. MANTIA ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–5378. MARTINEZ v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 73–5382. LOMBARDI v. GORDON ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–5384. BRINK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–5395. McKINNEY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.